## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **KATHY L. BLACKBURN,**<br><br>**Plaintiff,**<br><br>v.<br><br>**EQUIFAX INFORMATION SERVICES, LLC, and FAMILY SAVING SERVICES, LLC,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    **CIVIL ACTION FILE NO.**<br>   **1:24-CV-01808-LMM-JCF** |

### DEFENDANT FAMILY SAVINGS SRVICES, LLC'S
### ANSWER TO PLAINTIFF'S COMPLAINT

COMES NOW, Defendant **FAMILY SAVINGS SERVICES, LLC** ("Family Savings"), misnamed herein as Family Saving Services, LLC, by and through its undersigned counsel, and hereby files its Answer to Plaintiff's Complaint as follows:

### PRELIMINARY STATEMENT

Family Savings denies any and all allegations in the headings and/or unnumbered paragraphs in the Complaint.

1

## DEFENSES

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim against Family Savings upon which relief can be granted.

### SECOND DEFENSE

Plaintiff's Complaint fails to state facts upon which an award of punitive damages may be granted against Family Savings.

### THIRD DEFENSE

Plaintiff's claims are barred in whole or in part by Plaintiff's own acts or omissions.

### FOURTH DEFENSE

Plaintiff's damages, if any, were caused by the acts and omissions of persons or entities other than Family Savings over whose conduct Family Savings had no control and for whose conduct Family Savings is not legally responsible.

### FIFTH DEFENSE

Plaintiff's claims are barred by estoppel, and/or waiver.

### SIXTH DEFENSE

The injuries and damages alleged by the Plaintiff were not proximately caused by any negligence or willfulness on the part of Family Savings or any entity or person for whose actions Family Savings was legally responsible.

## SEVENTH DEFENSE

Plaintiff has failed to mitigate damages.

## EIGHTH DEFENSE

This court lacks personal jurisdiction over Family Savings.

## NINTH DEFENSE

Plaintiff has unclean hands.

## TENTH DEFENSE

Family Savings intends to rely upon any other defenses that are not apparent from the facts of the Complaint or about which it may become aware during the course of discovery, and accordingly, reserves the right to seek to amend its Answer to assert such defense.

## ANSWER

In response to the specific allegations in the enumerated paragraphs in the Complaint, Family Savings responds as follows:

### 1.

No allegation is asserted against Family Savings in paragraph 1.  To the extent any allegation is deemed made, Family Savings denies such allegation.

### 2.

Family Savings states the allegations contained in paragraph 2 state a legal conclusion to which no response is required.  To the extent a response is deemed

required, Family Savings is without knowledge to either admit or deny the allegations of paragraph 2, and on that basis denies them.

3.

Family Savings states the allegations contained in paragraph 3 state a legal conclusion to which no response is required.  To the extent a response is deemed required, Family Savings is without knowledge to either admit or deny the allegations of paragraph 3, and on that basis denies them.

4.

Family Savings admits it furnishes of consumer credit information.  Family Savings is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 4 and on that basis denies them.

5.

Family Savings denies the allegations made against it in paragraph 5.  Family Savings is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 5 and on that basis denies them.

6.

Family Savings admits upon information and belief that Plaintiff is a natural person.  Family Savings is without knowledge or information sufficient to form a

belief as to the truth of the remaining allegations in Paragraph 6 and on that basis denies them.

7.

Family Savings states that the allegations contained in Paragraph 7 of the Complaint state a legal conclusion to which no response is required.  To the extent a response is deemed required, Family Saving states that the Fair Credit Reporting Act, 15 U.S.C.  1681a(c) is a statute whose terms speak for themselves.  Family Saving is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 7 and on that basis denies them.

8.

No allegation is asserted against Family Savings in paragraph 8.  To the extent any allegation is deemed made, Family Savings denies such allegation.

9.

No allegation is asserted against Family Savings in paragraph 9.  To the extent any allegation is deemed made, Family Savings denies such allegation.

10.

Family Savings admits the allegations contained in paragraph 10

11.

Family Savings states the allegations contained in paragraph 11 state a legal conclusion to which no response is required.  To the extent a response is deemed required, Family Savings is without knowledge to either admit or deny the allegations of paragraph 11, and on that basis denies them.

12.

Family Savings states the allegations contained in paragraph 12 state a legal conclusion to which no response is required.  To the extent a response is deemed required, Family Savings is without knowledge to either admit or deny the allegations of paragraph 12, and on that basis denies them.

13.

Family Savings states the allegations contained in paragraph 13 state a legal conclusion to which no response is required.  To the extent a response is deemed required, Family Savings is without knowledge to either admit or deny the allegations of paragraph 13, and on that basis denies them.

14.

Family Savings states the allegations contained in paragraph 14 state a legal conclusion to which no response is required.  To the extent a response is deemed

required, Family Savings is without knowledge to either admit or deny the allegations of paragraph 14, and on that basis denies them.

15.

Family Savings states the allegations contained in paragraph 15 state a legal conclusion to which no response is required.  To the extent a response is deemed required, Family Savings is without knowledge to either admit or deny the allegations of paragraph 15, and on that basis denies them.

16.

Family Savings is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16 and on that basis denies them.

17.

Family Savings is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17 and on that basis denies them.

18.

Family Savings is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18 and on that basis denies them.

19.

Family Savings states that the allegations contained in Paragraph 19 of the Complaint state a legal conclusion to which no response is required.  To the extent

a response is deemed required, Family Savings is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 19 and on that basis denies them.

20.

Family Savings is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20 and on that basis denies them

21.

Family Savings is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21 and on that basis denies them.

22.

Family Savings is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22 and on that basis denies them.

23.

Family Savings is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23 and on that basis denies them.

24.

Family Savings is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24 and on that basis denies them.

25.

Family Savings is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25 and on that basis denies them.

26.

No allegation is asserted against Family Savings in paragraph 26.  To the extent any allegation is deemed made, Family Savings denies such allegation.

27.

No allegation is asserted against Family Savings in paragraph 27.  To the extent any allegation is deemed made, Family Savings denies such allegation.

28.

No allegation is asserted against Family Savings in paragraph 28.  To the extent any allegation is deemed made, Family Savings denies such allegation.

29.

Family Savings is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 29 and on that basis denies them.

30.

No allegation is asserted against Family Savings in paragraph 30.  To the extent any allegation is deemed made, Family Savings denies such allegation.

31.

No allegation is asserted against Family Savings in paragraph 31. To the extent any allegation is deemed made, Family Savings denies such allegation.

32.

Family Savings states the allegations contained in paragraph 32 state a legal conclusion to which no response is required. To the extent a response is deemed required, Family Savings is without knowledge to either admit or deny the allegations of paragraph 32, and on that basis denies them.

33.

Family Savings states the allegations contained in paragraph 33 state a legal conclusion to which no response is required. To the extent a response is deemed required, Family Savings is without knowledge to either admit or deny the allegations of paragraph 33, and on that basis denies them.

34.

Family Savings states the allegations contained in paragraph 34 state a legal conclusion to which no response is required. To the extent a response is deemed required, Family Savings is without knowledge to either admit or deny the allegations of paragraph 34, and on that basis denies them.

35.

No allegation is asserted against Family Savings in paragraph 35.  To the extent any allegation is deemed made, Family Savings denies such allegation.

36.

Family Savings states the allegations contained in paragraph 36 state a legal conclusion to which no response is required.  To the extent a response is deemed required, Family Savings is without knowledge to either admit or deny the allegations of paragraph 36, and on that basis denies them.

37.

Family Savings states the allegations contained in paragraph 37 state a legal conclusion to which no response is required.  To the extent a response is deemed required, Family Savings is without knowledge to either admit or deny the allegations of paragraph 37, and on that basis denies them.

38.

No allegation is asserted against Family Savings in paragraph 38.  To the extent any allegation is deemed made, Family Savings denies such allegation.

39.

Family Savings states the allegations contained in paragraph 39 state a legal conclusion to which no response is required.  To the extent a response is deemed

required, Family Savings is without knowledge to either admit or deny the allegations of paragraph 39, and on that basis denies them.

40.

Family Savings states the allegations contained in paragraph 40 state a legal conclusion to which no response is required.  To the extent a response is deemed required, Family Savings is without knowledge to either admit or deny the allegations of paragraph 40, and on that basis denies them.

41.

No allegation is asserted against Family Savings in paragraph 41.  To the extent any allegation is deemed made, Family Savings denies such allegation.

42.

No allegation is asserted against Family Savings in paragraph 42.  To the extent any allegation is deemed made, Family Savings denies such allegation.

43.

No allegation is asserted against Family Savings in paragraph 43.  To the extent any allegation is deemed made, Family Savings denies such allegation.

44.

No allegation is asserted against Family Savings in paragraph 44.  To the extent any allegation is deemed made, Family Savings denies such allegation.

45.

Family Savings states the allegations contained in paragraph 45 state a legal conclusion to which no response is required.  To the extent a response is deemed required, Family Savings is without knowledge to either admit or deny the allegations of paragraph 45, and on that basis denies them.

46.

Family Savings states the allegations contained in paragraph 46 state a legal conclusion to which no response is required.  To the extent a response is deemed required, Family Savings is without knowledge to either admit or deny the allegations of paragraph 46, and on that basis denies them.

47.

No allegation is asserted against Family Savings in paragraph 47.  To the extent any allegation is deemed made, Family Savings denies such allegation.

48.

No allegation is asserted against Family Savings in paragraph 48.  To the extent any allegation is deemed made, Family Savings denies such allegation.

49.

No allegation is asserted against Family Savings in paragraph 49.  To the extent any allegation is deemed made, Family Savings denies such allegation.

50.

Family Savings denies the allegations asserted against it in paragraph 50. Family Savings is without knowledge to either admit or deny the remaining allegations of paragraph 50, and on that basis denies them.

51.

Family Savings states the allegations contained in paragraph 51 state a legal conclusion to which no response is required.  To the extent a response is deemed required, Family Savings is without knowledge to either admit or deny the allegations of paragraph 51, and on that basis denies them.

52.

No allegation is asserted against Family Savings in paragraph 52.  To the extent any allegation is deemed made, Family Savings denies such allegation.

53.

No allegation is asserted against Family Savings in paragraph 53.  To the extent any allegation is deemed made, Family Savings denies such allegation.

54.

No allegation is asserted against Family Savings in paragraph 54.  To the extent any allegation is deemed made, Family Savings denies such allegation.

55.

No allegation is asserted against Family Savings in paragraph 55. To the extent any allegation is deemed made, Family Savings denies such allegation.

56.

No allegation is asserted against Family Savings in paragraph 56. To the extent any allegation is deemed made, Family Savings denies such allegation.

57.

No allegation is asserted against Family Savings in paragraph 57. To the extent any allegation is deemed made, Family Savings denies such allegation.

58.

No allegation is asserted against Family Savings in paragraph 58. To the extent any allegation is deemed made, Family Savings denies such allegation.

59.

No allegation is asserted against Family Savings in paragraph 59. To the extent any allegation is deemed made, Family Savings denies such allegation.

60.

No allegation is asserted against Family Savings in paragraph 60. To the extent any allegation is deemed made, Family Savings denies such allegation.

61.

No allegation is asserted against Family Savings in paragraph 61.  To the extent any allegation is deemed made, Family Savings denies such allegation.

62.

No allegation is asserted against Family Savings in paragraph 62.  To the extent any allegation is deemed made, Family Savings denies such allegation.

63.

No allegation is asserted against Family Savings in paragraph 63.  To the extent any allegation is deemed made, Family Savings denies such allegation.

64.

No allegation is asserted against Family Savings in paragraph 64.  To the extent any allegation is deemed made, Family Savings denies such allegation.

65.

No allegation is asserted against Family Savings in paragraph 65.  To the extent any allegation is deemed made, Family Savings denies such allegation.

66.

No allegation is asserted against Family Savings in paragraph 66.  To the extent any allegation is deemed made, Family Savings denies such allegation.

67.

Family Savings denies the allegations asserted against it in paragraph 67. Family Savings is without knowledge to either admit or deny the remaining allegations of paragraph 67, and on that basis denies them.

68.

No allegation is asserted against Family Savings in paragraph 68. To the extent any allegation is deemed made, Family Savings denies such allegation.

69.

Family Savings denies the allegations asserted against it in paragraph 69. Family Savings is without knowledge to either admit or deny the remaining allegations of paragraph 69, and on that basis denies them.

70.

No allegation is asserted against Family Savings in paragraph 70. To the extent any allegation is deemed made, Family Savings denies such allegation.

71.

Family Savings states the allegations contained in paragraph 71 state a legal conclusion to which no response is required. To the extent a response is deemed required, Family Savings is without knowledge to either admit or deny the allegations of paragraph 71, and on that basis denies them.

72.

Family Savings denies the allegations asserted against it in paragraph 72. Family Savings is without knowledge to either admit or deny the remaining allegations of paragraph 72, and on that basis denies them.

73.

No allegation is asserted against Family Savings in paragraph 73. To the extent any allegation is deemed made, Family Savings denies such allegation.

74.

Family Savings denies the allegations asserted against it in paragraph 74. Family Savings is without knowledge to either admit or deny the remaining allegations of paragraph 74, and on that basis denies them.

75.

Family Savings denies the allegations asserted against it in paragraph 75. Family Savings is without knowledge to either admit or deny the remaining allegations of paragraph 75, and on that basis denies them.

76.

Family Savings denies the allegations asserted against it in paragraph 76. Family Savings is without knowledge to either admit or deny the remaining allegations of paragraph 76, and on that basis denies them.

77.

Family Savings denies the allegations asserted against it in paragraph 77. Family Savings is without knowledge to either admit or deny the remaining allegations of paragraph 77, and on that basis denies them.

78.

Family Savings denies the allegations asserted against it in paragraph 78. Family Savings is without knowledge to either admit or deny the remaining allegations of paragraph 78, and on that basis denies them.

79.

Family Savings denies the allegations asserted against it in paragraph 79. Family Savings is without knowledge to either admit or deny the remaining allegations of paragraph 79, and on that basis denies them.

80.

Family Savings denies the allegations asserted against it in paragraph 80. Family Savings is without knowledge to either admit or deny the remaining allegations of paragraph 80, and on that basis denies them.

81.

Family Savings denies the allegations asserted against it in paragraph 81. Family Savings is without knowledge to either admit or deny the remaining allegations of paragraph 81, and on that basis denies them.

82.

Family Savings denies the allegations asserted against it in paragraph 82. Family Savings is without knowledge to either admit or deny the remaining allegations of paragraph 82, and on that basis denies them.

83.

Family Savings denies the allegations asserted against it in paragraph 83. Family Savings is without knowledge to either admit or deny the remaining allegations of paragraph 83, and on that basis denies them.

84.

Family Savings denies the allegations asserted against it in paragraph 84. Family Savings is without knowledge to either admit or deny the remaining allegations of paragraph 84, and on that basis denies them.

85.

Family Savings denies the allegations asserted against it in paragraph 85. Family Savings is without knowledge to either admit or deny the remaining allegations of paragraph 85, and on that basis denies them.

86.

Family Savings denies the allegations asserted against it in paragraph 86. Family Savings is without knowledge to either admit or deny the remaining allegations of paragraph 86, and on that basis denies them.

87.

Family Savings denies the allegations asserted against it in paragraph 87. Family Savings is without knowledge to either admit or deny the remaining allegations of paragraph 87, and on that basis denies them.

88.

Family Savings states the allegations contained in paragraph 88 state a legal conclusion to which no response is required. To the extent a response is deemed required, Family Savings is without knowledge to either admit or deny the allegations of paragraph 88, and on that basis denies them.

89.

Family Savings denies the allegations asserted against it in paragraph 89. Family Savings is without knowledge to either admit or deny the remaining allegations of paragraph 89, and on that basis denies them.

90.

Family Savings reasserts its responses to the preceding paragraphs as if set forth fully herein.

91.

No allegation is asserted against Family Savings in paragraph 91. To the extent any allegation is deemed made, Family Savings denies such allegation.

92.

No allegation is asserted against Family Savings in paragraph 92. To the extent any allegation is deemed made, Family Savings denies such allegation.

93.

No allegation is asserted against Family Savings in paragraph 93. To the extent any allegation is deemed made, Family Savings denies such allegation.

94.

No allegation is asserted against Family Savings in paragraph 94. To the extent any allegation is deemed made, Family Savings denies such allegation.

95.

No allegation is asserted against Family Savings in paragraph 95.  To the extent any allegation is deemed made, Family Savings denies such allegation.

96.

No allegation is asserted against Family Savings in paragraph 1.  To the extent any allegation is deemed made, Family Savings denies such allegation.

97.

No allegation is asserted against Family Savings in paragraph 97.  To the extent any allegation is deemed made, Family Savings denies such allegation.

98.

Family Savings denies the allegations asserted against it in paragraph 98. Family Savings is without knowledge to either admit or deny the remaining allegations of paragraph 98, and on that basis denies them.

99.

No allegation is asserted against Family Savings in paragraph 99.  To the extent any allegation is deemed made, Family Savings denies such allegation.

100.

No allegation is asserted against Family Savings in paragraph 100.  To the extent any allegation is deemed made, Family Savings denies such allegation.

101.

No allegation is asserted against Family Savings in paragraph 101. To the extent any allegation is deemed made, Family Savings denies such allegation.

102.

No allegation is asserted against Family Savings in paragraph 102. To the extent any allegation is deemed made, Family Savings denies such allegation.

103.

No allegation is asserted against Family Savings in paragraph 103. To the extent any allegation is deemed made, Family Savings denies such allegation.

104.

No allegation is asserted against Family Savings in paragraph 104. To the extent any allegation is deemed made, Family Savings denies such allegation.

105.

No allegation is asserted against Family Savings in paragraph 105. To the extent any allegation is deemed made, Family Savings denies such allegation.

106.

No allegation is asserted against Family Savings in paragraph 106. To the extent any allegation is deemed made, Family Savings denies such allegation.

107.

No allegation is asserted against Family Savings in paragraph 107. To the extent any allegation is deemed made, Family Savings denies such allegation.

108.

No allegation is asserted against Family Savings in paragraph 108. To the extent any allegation is deemed made, Family Savings denies such allegation.

109.

No allegation is asserted against Family Savings in paragraph 109. To the extent any allegation is deemed made, Family Savings denies such allegation.

110.

No allegation is asserted against Family Savings in paragraph 110. To the extent any allegation is deemed made, Family Savings denies such allegation.

111.

No allegation is asserted against Family Savings in paragraph 111. To the extent any allegation is deemed made, Family Savings denies such allegation.

112.

Family Savings reasserts its responses to the preceding paragraphs as if set forth fully herein.

113.

Family Savings states the allegations contained in paragraph 113 state a legal conclusion to which no response is required.   To the extent a response is deemed required, Family Savings is without knowledge to either admit or deny the allegations of paragraph 113, and on that basis denies them.

114.

Family Savings denies the allegations contained in paragraph 114.

115.

Family Savings states the allegations contained in paragraph 115 state a legal conclusion to which no response is required.   To the extent a response is deemed required, Family Savings is without knowledge to either admit or deny the allegations of paragraph 115, and on that basis denies them.

116.

Family Savings states the allegations contained in paragraph 116 state a legal conclusion to which no response is required.   To the extent a response is deemed required, Family Savings is without knowledge to either admit or deny the allegations of paragraph 116, and on that basis denies them.

117.

Family Savings states the allegations contained in paragraph 117 state a legal conclusion to which no response is required.   To the extent a response is deemed required, Family Savings is without knowledge to either admit or deny the allegations of paragraph 117, and on that basis denies them.

118.

Family Savings states the allegations contained in paragraph 118 state a legal conclusion to which no response is required.   To the extent a response is deemed required, Family Savings is without knowledge to either admit or deny the allegations of paragraph 118, and on that basis denies them.

119.

Family Savings states the allegations contained in paragraph 119 state a legal conclusion to which no response is required.   To the extent a response is deemed required, Family Savings is without knowledge to either admit or deny the allegations of paragraph 119, and on that basis denies them.

120.

Family Savings denies the allegations contained in paragraph 120.

121.

Family Savings denies the allegations contained in paragraph 121.

122.

Family Savings states the allegations contained in paragraph 122 state a legal conclusion to which no response is required.  To the extent a response is deemed required, Family Savings is without knowledge to either admit or deny the allegations of paragraph 122, and on that basis denies them.

123.

Family Savings states the allegations contained in paragraph 123 state a legal conclusion to which no response is required.  To the extent a response is deemed required, Family Savings is without knowledge to either admit or deny the allegations of paragraph 123, and on that basis denies them.

124.

Family Savings denies the allegations contained in paragraph 124.

125.

Family Savings denies the allegations contained in paragraph 125.

126.

Family Savings denies the allegations contained in paragraph 126.

127.

Family Savings denies the allegations contained in paragraph 127.

128.

Family Savings denies the allegations contained in paragraph 128.

129.

Family Savings denies the allegations contained in paragraph 129.

130.

Family Savings denies the allegations contained in paragraph 130.

131.

Family Savings states the allegations contained in paragraph 131 state a legal conclusion to which no response is required.  To the extent a response is deemed required, Family Savings is without knowledge to either admit or deny the allegations of paragraph 131, and on that basis denies them.

Family Savings denies any allegations contained in the Complaint to the extent not specifically admitted or denied above including Plaintiff's prayer for relief contained in Plaintiff's "WHEREFORE" paragraph.

**WHEREFORE**, Family Savings, having fully responded to Plaintiff's Complaint, respectfully requests this Court to deny all relief sought by Plaintiff against Family Savings, dismiss Plaintiff's Complaint against Family Savings in its entirety with prejudice, assess all costs to Plaintiff, and for such other and further relief as this Court deems just and proper.

Respectfully submitted, this 1st day of July, 2024.

/s/ Brenton S. Bean
BRENTON S. BEAN
GA Bar No. 044351

*Attorney for Defendant Family Savings services, LLC*

**LITCHFIELD CAVO LLP**
2100 Riveredge Parkway
Suite 1200
Atlanta, Georgia  30328
(770) 628-7111
(678) 628-7101 (Fax)
bean@litchfieldcavo.com

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing **DEFENDANT'S ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT** has been prepared in compliance with Local Rule 5.1 in 14-point Times New Roman type face.

This 1st day of July, 2024.

/s/ Brenton S. Bean
Brenton S. Bean
Georgia Bar No. 044351

*Counsel for Defendant family*
*Savings Services LLC*

**LITCHFIELD CAVO, LLP**
2100 Riveredge Parkway, Suite 1200
Atlanta, Georgia 30328
T: 770.628.7116
F: 770.628.7101
E: bean@litchfieldcavo.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 1st day of July, 2024, I electronically filed the within and foregoing **DEFENDANT'S ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT** with the Clerk of Court using the CM/ECF system, which will send e-mail notification of such filing to all attorneys of record:

*/s/ Brenton S. Bean*
Brenton S. Bean
Georgia Bar No. 044351
*Counsel for Defendant Family*
*savings Services, LLC*

**LITCHFIELD CAVO, LLP**
2100 Riveredge Parkway, Suite 1200
Atlanta, GA 30328
T: 770.628.7116
F: 770.628.7101
E: bean@litchfieldcavo.com