IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KATHY L. BLACKBURN, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. |
|  | : 1:24-cv-01808-LMM-JCF |
| EQUIFAX INFORMATION SERVICES, LLC, | : |
| Defendant. | : |

## **ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation, Dkt. No. [8]. No objections have been filed in response to the Magistrate Judge's Report and Recommendation. Therefore, pursuant to 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate Judge's Report and Recommendation for clear error and finds none.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, Dkt. No. [8], as its opinion: this case is **ADMINISTRATIVELY CLOSED** pending the remaining parties' filing the

dismissal.[1] The parties are **DIRECTED** to file within **60 days** of the date of this Order either (1) the necessary documents to dismiss this case or (2) a joint status update notifying the Court why they are unable to file such documents.

    **IT IS SO ORDERED** this 18th day of July, 2024.

_____
**Leigh Martin May**
**United States District Judge**

---

[1]     Administrative closure of a case does not prejudice the rights of the parties to litigation in any manner. The parties may move to re-open an administratively closed case at any time.